IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: } | Case No. 3:13-bk-10709 |
| FRANK CARL MOORE } | |
| ALICE DAWN MOORE } | |
| 185 TUPPER DRIVE } | Chapter 13 |
| Gallatin, TN 37066 } | |
| SSN: xxx-xx-5939 } | Judge Marian F. Harrison |
| SSN: xxx-xx-6069 } | |
| Debtor(s) } | |

## MOTION TO VOLUNTARILY DISMISS WIFE ONLY AND NOTICE THEREOF

COMES NOW the Debtor Wife, by and through counsel, pursuant to 11 U.S.C. § 1307 and would request that the Court enter an order voluntarily dismissing the Debtor Wife's Chapter 13 bankruptcy. As grounds, the Debtor Wife no longer needs the protection of the bankruptcy and wishes to have the case dismissed.

WHEREFORE, the Debtor Wife requests an order that dismisses the Debtor Wife's Chapter 13 Bankruptcy case. M

Respectfully submitted,

*/s/ James A. Flexer*
James A. Flexer, BPR #9447
Attorney for Debtor
1900 Church Street, Suite 400
Nashville, TN 37203
(615) 255-2893
fax: (615) 242 8849
Email: cm-ecf@jamesflexerconsumerlaw.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on Thursday, August 31, 2017 I furnished a true and correct copy of the foregoing to the following parties in interest (additional notice sent via electronic mail to Trustee and U.S. Trustee):

Electronic
Henry E. Hildebrand, III
Chapter 13 Trustee
P.O. Box 340019
Nashville, TN 37203

Electronic
Samuel Crocker, U.S. Trustee
318 Customs House, 701 Broadway
Nashville, TN 37203

U.S. mail first class
FRANK CARL MOORE
ALICE DAWN MOORE
185 TUPPER DRIVE
Gallatin, TN 37066

And to all the creditors on the attached matrix.

/s/ James A. Flexer
James A. Flexer

**Afni, Inc**
PO Box 3667
Bloomington, IL 61702

**Afni, Inc.**
Attn: Bankruptcy
PO Box 3097 Bloomington IL 61702

**AMERICAN ESOTERIC LABORATORIES**
PO BOX 144225
Austin TX 78714-4225

**ANESTHESIA MEDICAL GROUP**
110 29TH AVE NORTH
SUITE 201 Nashville TN 37203

**ASSOCIATED PATHOLOGISTS, LLC**
C/O PATHGROUP
5301 VIRGINIA WAY, SUITE 300 Brentwood TN 37027

**Avante**
2950 S Gessner
Houston TX 77063

**Capital One Auto Finance**
3905 N Dallas Pkwy
Plano TX 75093

**Capital One Auto Finance**
P.O. Box 9013
Addison, TX 75001

**Capital One Auto Finance, a division of Capital On**
P.O. Box 201347
Arlington, TX 76006

**Capital One Auto Finance, c/o Ascension Capital Gr**
P.O. Box 201347
Arlington, TX 76006

**Credit One Bank**
PO Box 98873
Las Vegas NV 89193

**Fac/nab**
480 James Robertson Pkwy
Nashville TN 37219

**First Premier Bank**
601 S Minnesota Ave
Sioux Falls SD 57104

**Fox Collection Center**
PO Box 528
Goodlettsville TN 37070

**Hendersonville Medical C**
Resurgent Capital Services
PO Box 1927 Greenville, SC 29602

**HENDERSONVILLE SURGEONS**
353 NEW SHACKLE ISLAND ROAD, STE 102-A
Hendersonville TN 37075-2379

**HENDERSONVILLE SURGEONS**
C/O FOX COLLECTION CENTER
PO BOX 528 GOODLETTSVILLE, TN 37070

**LVNV Funding, LLC its successors and assigns as**
assignee of FNBM, LLC
Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587

**MIDDLE TENNESSEE PULMONARY ASSOC (U)**
3443 DICKERSON PK
STE 680 Nashville TN 37207

**Nco Fin /99**
Pob 15636
Wilmington DE 19850

**Nco Fin/51**
Po Box 13574
Philadelphia PA 19101

**Ocwen Loan**
3451 Hammond Avenue
Waterloo IA 50702

**PAYMENT AMERICA SYSTEMS**
450 TENTH CIRCLE NORTH
PO BOX 24850 Nashville TN 37202-4850

**Premier Bankcard/Charter**
PO Box 2208
Vacaville, CA 95696

**Quantum3 Group LLC as agent for**
CF Medical LLC
PO Box 788 Kirkland, WA 98083-0788

**QUEST DIAGNOSTICS**
PO BOX 740777
Cincinnati OH 45274-0777

**RADIOLOGY ALLIANCE**
C/O FOX COLLECTION CENTER
PO BOX 528 GOODLETTSVILLE, TN 37070

**RADIOLOGY ALLIANCE**
% PAYMENT AMERICA SYSTEMS
PO BOX 24850 NASHVILLE TN 37202

**RADIOLOGY ALLLIANCE P**
PO BOX 440166
Nashville TN 37244

**SKYLINE MEDICAL CENTER**
PO BOX 740757
Cincinnati OH 45274-0757

**SLP COLLECTIONS**
PO BOX 35907
Greensboro NC 27425-5907

**SOLSTAS LAB PARTNERS**
PO BOX 35907
Greensboro NC 27425-5907

**Specialized Loan Services**
PO BOX 636005
Littleton CO 80163

**Specialized Loan Servicing LLC**
8742 Lucent Blvd, Suite 300
Highlands Ranch, CO 80129

**STERN & ASSOCIATES**
PO BOX 63114
Charlotte NC 28263

**Stern & Associates**
415 N Edgeworth St Ste 2
Greensboro NC 27401

**Tek Collect**
871 Park St
Columbus OH 43215

**THOMAS GEORGE & ASSOCIATES**
PO BOX 30
East Northport NY 11731-0030

**Us Dept Of Ed/glelsi**
Po Box 7860
Madison WI 53707

**US Dept of Education**
Claims Filing Unit
PO Box 8973 Madison, WI 53708-8973

**Webbank/fingerhut**
6250 Ridgewood Road
St Cloud MN 56303

**World Finance Co**
World Acceptance Corp/Attn Bankruptcy
PO Box 6429 Greenville SC 29606

**World Finance Corporation**
335 West Main Street Suite E
Gallatin, TN 37066